Tuesday, March 29, 2011

**ERRATA SHEET**

Mark J. Langer, Clerk
U.S. Court of Appeals, D.C. Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   Record No. 10-5248
      Thomas E. Moore III v. Central Intelligence Agency

Dear Mr. Langer:

    Attached is an Amended Table of Authorities stating the Authorities Chiefly Relied Upon in the Page Proof Reply Brief of Appellant.

    This omission notwithstanding, it is represented to the Court that there are no additional errors in the Brief, Table of Contents, or Table of Authorities.

                              Sincerely,

                              /s/ David L. Sobel
                              David L. Sobel

David L. Sobel
LAW OFFICE OF DAVID L. SOBEL
1818 N Street, N.W., Suite 410
Washington, D.C. 20036
(202) 246-6180

*Counsel for Appellant*

## TABLE OF AUTHORITIES

**Page(s)**

**CASES**

*Amer. Civil Liberties Union v. Dep't of Justice*,
　　265 F. Supp. 2d 20 (D. D.C. 2003)..................................................................4

*Anderson v. CIA*,
　　63 F. Supp. 2d 28 (D. D.C. 1999)....................................................................5

*Frugone v. CIA*,
　　169 F.3d 772 (D.C. Cir. 1999)......................................................................5, 8

*Larson v. Dep't of State*,
　　2005 U.S. Dist. LEXIS 35713 (D. D.C. Aug. 10, 2005)..................................4

*\*Wolf v. CIA*,
　　473 F.3d 370 (D.C. Cir. 2007).......................................................6, 9, 10, 11

*Wolf v. CIA*,
　　569 F. Supp. 2d 1 (D. D.C. 2008).................................................................11

**REGULATION**

32 C.F.R. § 299.5(m)(3)......................................................................................5

**OTHER AUTHORITY**

Executive Order 13526, § 3.6(b), 75 Fed. Reg. 707 (January 5, 2010).....................8

*Authorities Chiefly Relied Upon Are Marked With An Asterisk

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 29th day of March, 2011, I caused the foregoing Errata Sheet to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

R. Craig Lawrence
Jane M. Lyons
Ronald C. Machen, Jr.
OFFICE OF THE U.S. ATTORNEY
555 Fourth Street, NW
Washington, DC  20530
(202) 514-7159

*Counsel for Appellees*

I further certify that on this 29th day of March, 2011, I caused the required number of copies of the foregoing Errata Sheet to be hand-filed with the Clerk of the Court, and one copy to be served, via U.S. Mail, postage prepaid, to counsel for the Appellees at the above address.

/s/ David L. Sobel
*Counsel for Appellant*